**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 ANNETTE GABRIEL,

                            Plaintiff,

          -against-                                      25 **CIVIL** 6188 (PMH)

                                                        **JUDGMENT**

HUDSON VALLEY CREDIT UNION,

                            Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 4, 2026, Defendant's motion to dismiss is GRANTED and the Complaint is dismissed. Plaintiff's Title VII and ADEA claims are dismissed with prejudice. Because the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, they are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

          June 4, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                        **BY:**            K. mango
                                        _____
                                        **Deputy Clerk**